# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CENTRAL INTELLIGENCE AGENCY )<br>)<br>Defendant. )<br>_____) | 1:09-cv-1303(GK) |

## DEFENDANT'S ANSWER

Defendant Central Intelligence Agency ("CIA") hereby answers the Complaint of plaintiff Judicial Watch.

### Defendant's Responses to the Numbered Paragraphs

Answering the numbered paragraphs of plaintiff's Complaint, defendant responds as follows:

### JURISDICTION AND VENUE

1. This paragraph sets forth plaintiff's assertion of jurisdiction and thus is a legal conclusion to which no response is required.

2. This paragraph sets forth plaintiff's assertion of venue and thus is a legal conclusion to which no response is required.

### PARTIES

3. This paragraph sets forth plaintiff's characterization of itself, its mission, and its activities, about which Defendant lacks sufficient knowledge and information to

confirm or deny.

4. Admit.

## STATEMENT OF FACTS

5. Admit.

6. Admit.

7. This paragraph sets forth plaintiff's characterization of the FOIA statute, to which no response is required. To the extent a response is required, defendant respectfully refers the Court to the statute for a full and accurate statement of its contents.

8. This paragraph sets forth plaintiff's assertion of exhaustion and thus is a legal conclusion to which no response is required.

## COUNT 1

9. This paragraph realleges and incorporates all preceding paragraphs. To the extent a response is required, defendant refers the Court to its responses to specific preceding paragraphs.

10. This paragraph contains characterizations of plaintiff's legal claims to which no response is required.

11. Defendant is without knowledge or information sufficient to confirm or deny the allegations in this paragraph.

The balance of the Complaint constitutes a prayer for relief to which no answer is

required. Defendant denies that plaintiff is entitled to the relief requested, or to any relief whatsoever.

Defendant hereby denies all allegations not expressly admitted or denied.

THEREFORE, having fully answered, defendant asserts that plaintiff is not entitled to the relief requested, or to any relief whatsoever, and requests that this action be dismissed with prejudice and that defendant be given such other relief as the Court deems just and proper.


Dated: August 24, 2009                    Respectfully submitted,

                                          TONY WEST
                                          Assistant Attorney General

                                          /s/ Eric J. Soskin
                                          JOHN R. TYLER
                                          Assistant Branch Director

                                          ERIC J. SOSKIN (PA Bar # 200663)
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          20 Massachusetts Ave., NW,
                                          Washington, D.C. 20001
                                          Room 7326
                                          eric.soskin@usdoj.gov
                                          Tel: (202) 353-0533
                                          Fax: (202) 616-8202

                                          COUNSEL FOR DEFENDANT

Case 1:09-cv-01303-GK   Document 4   Filed 08/24/09   Page 4 of 4

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2009, one copy of the Defendant's Answer was served on the following counsel for Plaintiff by electronic means through electronic filing:

Paul J. Orfanedes
Jason B. Aldrich
Judicial Watch, Inc.
501 School Street S.W.
Suite 700
Washington, DC 20024
Attorneys for Plaintiff

/s/ Eric J. Soskin
ERIC J. SOSKIN
Federal Programs Branch
Civil Division